UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| EVERETT CASH MUTUAL INSURANCE COMPANY, | ) ) | |
| | ) | Civil No. 6:17-cv-0058-GFVT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RAMSEY FARMS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Agreed Order of Dismissal filed by Plaintiff, Everett Cash Mutual Insurance Company.  [R. 11.]  Plaintiff's Counsel notified the Court that "[a] case concerning the same parties and same events is currently pending in Boyle Circuit Court . . ." and that "[b]y agreement of the parties, the Plaintiff will seek its declaratory remedy in that action."  This voluntary action of agreed dismissal is brought pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which allows for a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."  The Agreed Order is signed by Plaintiff and Ms. Ramsey, the only Defendant that has appeared in the case.  [*See* R. 11.]  Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Plaintiff's claims against each Defendant are **DISMISSED WITHOUT PREJUDICE**; and

2. Each party shall bear his, her, or its own costs unless otherwise agreed to by the parties;

3.  The pending Motion to Dismiss [**R. 5**] is **DENIED AS MOOT**; and

4.  This matter is **STRICKEN** from the Court's active docket.

This the 22nd day of June, 2017.

Gregory F. Van Tatenhove
United States District Judge